The merchandise before us has none of the common characteristics of photographic film other than that the cellulose strip or base seems to be the same, at least in appearance. As this sound track film is not a photographic film, has not been sensitized, and is not susceptible of exposure or development in a photographic sense, it is excluded from the provisions of paragraph 1551, as modified, and is properly classified under paragraph 31 (b) (2) as a compound of cellulose, as assessed. The classification of the collector is sustained and the protest claim herein is denied. Judgment will issue accordingly.

No. 54628.—Stern Mfg. Co. et al. v. United States, protests 128441–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of S. Nathan & Co., Inc. v. United States (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

No. 54629.—Breidenbach Sons, Inc., et al. v. United States, protests 133082–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of S. Nathan & Co., Inc. v. United States (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

No. 54630.—Max Schuster v. United States, protests 133104–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of S. Nathan & Co., Inc. v. United States (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

No. 54631.—Morris Kopit Co. v. United States, protest 132735–K (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of United States v. O. Brager-Larsen (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

No. 54632.—Colonial Bead Co., Inc. v. United States, protest 107049–K (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of shell strands similar in all material respects to those the subject of *United States* v. *Colonial Bead Co., Inc.* (36 C. C. P. A. 78, C. A. D. 401), the claim of the plaintiff was sustained.

No. 54633.—Estel Novelty Co., Inc., et al. *v.* United States, protests 107512–K, etc. (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of shell strands similar in all material respects to those the subject of *United States* v. *Colonial Bead Co., Inc.* (36 C. C. P. A. 78, C. A. D. 401), the claim of the plaintiffs was sustained.

No. 54634.—Samuel Barotz & Co. et al. *v.* United States, protests 121583–K, etc. (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of shell strands similar in all material respects to those the subject of *United States* v. *Colonial Bead Co., Inc.* (36 C. C. P. A. 78, C. A. D. 401), the claim of the plaintiffs was sustained.

No. 54635.—De Spirt Mosaic & Marble Co., Inc. *v.* United States, protest 138375–K (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of travertine stone similar in all material respects to that the subject of Abstract 53963, the claim of the plaintiff was sustained.

No. 54636.—Egisto Pacetti *v.* United States, protest 142811–K (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of travertine stone similar in all material respects to that the subject of Abstract 53963, the claim of the plaintiff was sustained.